# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OLIVER CIRIC, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>AL JAZEERA MEDIA NETWORK,<br><br>    Defendant. | Case No. 1:26-cv-11751<br><br><br>**CLASS ACTION COMPLAINT**<br><br><br>**DEMAND FOR JURY TRIAL** |

Dated: April 15, 2026

**BURSOR & FISHER, P.A.**
Yitzchak Kopel (BBO # 716245)
Max S. Roberts (BBO #718031)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: ykopel@bursor.com
          mroberts@bursor.com

*Attorneys for Plaintiff*

## TABLE OF CONTENTS

**PAGE**

NATURE OF THE ACTION ........................................................................................1

FACTUAL BACKGROUND .........................................................................................2

I.      HISTORY AND OVERVIEW OF THE VPPA ................................................. 2

II.     DEFENDANT IS A VIDEO TAPE SERVICE PROVIDER AND PLAINTIFF AND CLASS MEMBERS ARE CONSUMERS ................................................. 3

III.    DEFENDANT KNOWINGLY DISCLOSES CONSUMERS' PERSONALLY IDENTIFIABLE INFORMATION AND VIDEO VIEWING INFORMATION TO THIRD PARTIES ................................................................. 6

        A.      The Dynamic Analysis Reveals Defendant Discloses Identifying Plaintiff And Class Members And The Pre-Recorded Videos They Requested Or Obtained To Third Parties .................................................. 6

        B.      Defendant Discloses Users' PII And Video Viewing Information To Google On The Website........................................................................... 8

                1.      Google Analytics Associates Website Users' Video-Viewing Information With Their Google Accounts. ............................... 10

                2.      Google Cookies Associate Website Users' Video-Viewing Information With Their Google Accounts. ............................... 10

        C.      Defendant Discloses Users' PII and Video Viewing Information To Amplitude On The iOS App and Android App ..................................... 13

IV.     DEFENDANT DISCLOSES CLASS MEMBERS' PII AND VIDEO-VIEWING INFORMATION TO GOOGLE AND AMPLITUDE FOR THE PURPOSES OF MARKETING, ADVERTISING, AND ANALYTICS ................................................. 21

        A.      Google Analytics ................................................................................... 21

        B.      Google Signals....................................................................................... 25

        C.      Amplitude .............................................................................................. 27

V.      DEFENDANT KNOWINGLY DISCLOSES CLASS MEMBERS' PII AND VIDEO-VIEWING INFORMATION TO GOOGLE AND AMPLITUDE..................... 30

VI.     PLAINTIFF CIRIC'S EXPERIENCE ............................................................. 33

THE PARTIES.............................................................................................................34

JURISDICTION AND VENUE ...................................................................................................34

CLASS ALLEGATIONS ...........................................................................................................36

CAUSES OF ACTION ..............................................................................................................38

PRAYER FOR RELIEF ............................................................................................................40

JURY TRIAL DEMAND ...........................................................................................................41

Plaintiff Oliver Ciric ("Plaintiff"), individually and on behalf of all others similarly situated, by and through his attorneys, makes the following allegations pursuant to the investigation of his counsel and based upon information and belief, except as to allegations specifically pertaining to himself and his counsel, which are based on personal knowledge.

## NATURE OF THE ACTION

1. This is a class action suit brought against Defendant Al Jazeera Media Network ("Al Jazeera" or "Defendant"), for violating the Video Privacy Protection Act ("VPPA"), 18 U.S.C. § 2710.

2. The United States Congress passed the VPPA in 1988, seeking to confer onto consumers the power to "maintain control over personal information divulged and generated in exchange for receiving services from video tape service providers." S. Rep. No. 100-599, at 8. "The Act reflects the central principle of the Privacy Act of 1974: that information collected for one purpose may not be used for a different purpose without the individual's consent." *Id.*

3. The VPPA imposes civil liability on "[a] video tape service provider who knowingly discloses, to any person, personally identifiable information concerning any consumer of such provider." 18 U.S.C. § 2710.

4. Defendant operates the Al Jazeera website (the "Website," available at aljazeera.com), the Al Jazeera iOS App,[1] and the Al Jazeera Android App.[2]

5. Defendant produces a wide variety of pre-recorded or "on-demand video[s]"[3] that

---

[1] Available at https://apps.apple.com/us/app/al-jazeera-%D8%A7%D9%84%D8%AC%D8%B2%D9%8A%D8%B1%D8%A9/id1534955972.

[2] Available at https://play.google.com/store/apps/details?id=com.aljazeera.mobile&hl=en_US.

[3] AL JAZEERA, *Stay connected*, https://www.aljazeera.com/stay-connected (last accessed Mar. 23, 2026).

are watched by millions of consumers nationwide. These videos are accessible via Defendant's Website, iOS App, and Android App, and videos include "[d]igital [s]eries," "[d]ocumentar[ies]," "NewsFeed," and "TV Shows."[4]

6.       Unbeknownst to Plaintiff and Class Members, however, Defendant knowingly and intentionally disclosed Website, iOS App, and Android App users' personally identifiable information ("PII")—including a record of videos viewed by the users—to unrelated third parties. By doing so, Defendant violated the VPPA.

7.       Plaintiff brings this action for damages and other remedies resulting from Defendant's violations of the VPPA.

## FACTUAL BACKGROUND

### I.    HISTORY AND OVERVIEW OF THE VPPA

8.       The impetus for the VPPA begins with President Ronald Reagan's nomination of Judge Robert Bork to the United States Supreme Court. During the confirmation process, a movie rental store disclosed the nominee's rental history to the Washington City Paper which then published that record. Congress responded by passing the VPPA, with an eye toward the digital future.  As Senator Patrick Leahy, who introduced the Act, explained:

> It is nobody's business what Oliver North or Robert Bork or Griffin Bell or Pat Leahy watch on television or read or think about when they are home.  In an area of interactive television cables, the growth of computer checking and check-out counters, of security systems and telephones, all lodged together in computers, it would be relatively easy at some point to give a profile of a person and tell what they buy in a store, what kind of food they like, what sort of television programs they watch, who are some of the people they telephone.  I think that is wrong.

S. Rep. 100-599, at 5-6 (cleaned up).

---

[4] VIDEO, AL JAZEERA, https://www.aljazeera.com/videos/ (last accessed Mar. 23, 2026).

9.    In 2012, Congress amended the VPPA, and in so doing, reiterated the VPPA's applicability to "so-called 'on-demand' cable services and Internet streaming services [that] allow consumers to watch movies or TV shows on televisions, laptop computers, and cell phones." S. Rep. 112-258, at 2.

10.    As courts have recognized, "[t]he VPPA is no dinosaur statute … Our modern means of consuming content may be different, but the VPPA's privacy protections remain as robust today as they were in 1988." *Salazar v. Nat'l Basketball Ass'n*, 118 F.4th 533, 553 (2d Cir. 2024).

11.    The VPPA prohibits "[a] video tape service provider who knowingly discloses, to any person, personally identifiable information concerning any consumer of such provider." 18 U.S.C. § 2710(b)(1).

12.    The VPPA defines personally identifiable information ("PII") as "information which identifies a person as having requested or obtained specific video materials or services from a video service provider." 18 U.S.C. § 2710(a)(3).

13.    A video tape service provider is "any person, engaged in the business, in or affecting interstate or foreign commerce, of rental, sale, or delivery of prerecorded video cassette tapes or similar audio visual materials." 18 U.S.C. § 2710(a)(4).

## II.    DEFENDANT IS A VIDEO TAPE SERVICE PROVIDER AND PLAINTIFF AND CLASS MEMBERS ARE CONSUMERS

14.    Defendant operates Al Jazeera, "one of the largest and most influential international news networks in the world."[5]  Defendant "has extensive reach across the globe and is available in over 150 countries and territories in more than 430 million homes,"[6] including the United States

---

[5] ABOUT US, AL JAZEERA, https://www.aljazeera.com/about-us.

[6] *Id.*

and the Commonwealth of Massachusetts.

15.     Defendant has bureaus, employees,[7] and, correspondents[8] "around the globe"[9] and the United States.  Defendant's website states that its "global presence" includes but is not limited to Chicago, Los Angeles, Miami, New York, and Washington, DC.[10]

16.     Defendant produces a wide variety of pre-recorded or "on-demand video[s]"[11] that are watched by millions of consumers nationwide. These videos include "[d]igital [s]eries," "[d]ocumentar[ies]," "NewsFeed," and "TV [s]hows."[12]   These videos are accessible via Defendant's Website, iOS App, and Android App.

17.     Defendant encourages its users to create an Al Jazeera account: "Enrich your Al Jazeera experience by creating an account."[13] Indeed, registering for a free Al Jazeera account confers a number of video-related benefits that are not available to non-account users, including the ability to "[u]nlock access to all Al Jazeera services, from our regional news websites and mobile app to documentaries … using just one account."

18.     Defendant explains that, with an account, users can create a "[p]ersonalized *'[f]or*

---

[7] *Id.*

[8] *See* Steve Myers, *Al Jazeera English opens new bureau in Chicago*, POYNTER (Dec. 5, 2011), available at https://www.poynter.org/reporting-editing/2011/al-jazeera-english-opens-new-bureau-in-chicago/ ("This bureau adds to Al Jazeera English's American bureaus in Washington, DC, New York, Miami and Los Angeles. John joins the more than 150 Al Jazeera English staff based in the U.S., and will be part of Al Jazeera's expanded coverage from the U.S. heading into the election year.").

[9] ABOUT US, AL JAZEERA, https://www.aljazeera.com/about-us.

[10] *See* AL JAZEERA, *Our Global Presence*, https://network.aljazeera.net/en (last accessed Mar. 23, 2026).

[11] AL JAZEERA, *Stay connected*, https://www.aljazeera.com/stay-connected (last accessed Mar. 23, 2026).

[12] VIDEOS, AL JAZEERA, https://www.aljazeera.com/videos/.

[13] ACCOUNT | SIGN UP, AL JAZEERA, https://www.aljazeera.com/account/sign-up.

4

*[y]ou'* [s]ection," where they can "[i]mmerse [themselves] in a carefully customised selection of articles and videos aligned with [their] preferences."[14]

19.     During just the month of February 2026, there were approximately 63.37 million Website visits and 16,064,295 Website visitors in the United States.[15]

//

//

//

---

[14] ACCOUNT | SIGN UP, AL JAZEERA https://www.aljazeera.com/account/sign-up (emphasis in original).

[15] *See* SEMRUSH, TRAFFIC ANALYSIS, https://www.semrush.com/analytics/traffic/traffic-overview (multiplying 63.37 million total worldwide visitors in February * 25.35% of United States traffic share = approximately 16,064,295 visitors to the Website nationwide).




20.    At the time of this Complaint, the Al Jazeera Android App has over one million downloads and over one hundred thirty thousand reviews on the Google Play Store.[16] The Al Jazeera iOS App has seventy-three thousand ratings on the App Store for iPhone.[17]

## III.    DEFENDANT KNOWINGLY DISCLOSES CONSUMERS' PERSONALLY IDENTIFIABLE INFORMATION AND VIDEO VIEWING INFORMATION TO THIRD PARTIES

### A.    The Dynamic Analysis Reveals Defendant Discloses Identifying Plaintiff And Class Members And The Pre-Recorded Videos They Requested Or Obtained To Third Parties

21.    Prior to the commencement of this action, Plaintiff's counsel conducted a dynamic analysis of the Website, iOS App, and Android App. A "dynamic analysis" records the transmissions that occur from a user's device.

22.    Plaintiff's counsel tested what information (if any) Defendant discloses when a user watches a pre-recorded video on the Website, iOS App, and Android App.

23.    The analysis revealed that Defendant discloses information sufficient to identify Plaintiff and Class Members and the specific pre-recorded videos they requested or obtained to at least two third parties: Google LLC ("Google") and Amplitude, Inc. ("Amplitude").

---

[16] *Al Jazeera – الجزيرة*, GOOGLE PLAY, available at https://play.google.com/store/apps/details?id=com.aljazeera.mobile&hl=en_US&pli=1.

[17] *Al Jazeera – الجزيرة*, APP STORE FOR IPHONE, https://apps.apple.com/us/app/al-jazeera-%D8%A7%D9%84%D8%AC%D8%B2%D9%8A%D8%B1%D8%A9/id1534955972

24.    Specifically, the dynamic analysis found that when a Website, Android, and/or iOS App user creates an account and requests or obtains a pre-recorded video, Defendant discloses the following information to Google and Amplitude.

| SUMMARY OF THIRD-PARTY EXFILTRATION (WEBSITE) | | |
|---|---|---|
| **Third Party** | **Video Info** | **Identifiers** |
| Google | Video Title, Video URL | Google Account, Google Cookies |
| SUMMARY OF THIRD-PARTY EXFILTRATION (IOS APP) | | |
| **Third Party** | **Video Info** | **Identifiers** |
| Amplitude | Video Title | E-mail Address, Device ID, User ID, IP Address |
| SUMMARY OF THIRD-PARTY EXFILTRATION (ANDROID APP) | | |
| **Third Party** | **Video Info** | **Identifiers** |
| Amplitude | Video Title | E-mail Address, Device ID, User ID, IP Address |

25.    These disclosures are effectuated through the third parties' respective trackers: the Amplitude SDK and API[18]; and Google Analytics,[19] Google Signals,[20] and Google's tags/libraries

---

[18] *See, e.g.*, AMPLITUDE, *What is Amplitude?*, https://amplitude.com/docs/get-started/what-is-amplitude.

[19] *See, e.g.*, GOOGLE, HOW GOOGLE ANALYTICS WORKS, https://support.google.com/analytics/answer/12159447; GOOGLE, START LEARNING ABOUT GOOGLE ANALYTICS, https://developers.google.com/analytics.

[20] *See, e.g.*, GOOGLE, [GA4] ACTIVATE GOOGLE SIGNALS FOR GOOGLE ANALYTICS PROPERTIES, https://support.google.com/analytics/answer/9445345; GOOGLE, [UA] ACTIVATE GOOGLE SIGNALS [LEGACY], https://support.google.com/analytics/answer/7532985; GOOGLE, [GA4] PREDEFINED USER DIMENSIONS, https://support.google.com/analytics/answer/9268042 ("Google signals is data from users who sign in to Google. When Google signals data is available, Analytics associates event data it collects from users with the Google accounts of users who are signed in.")

associated therewith.[21]

**B.    Defendant Discloses Users' PII And Video Viewing Information To Google On The Website**

26.    When an Al Jazeera Website user signs into their Al Jazeera account and requests

or obtains a pre-recorded video on the Website, Defendant discloses to Google: (i) the title and

URL of the pre-recorded video that the user is requesting and/or obtaining; and (ii) various Google-

specific identifiers that allow Google to tie the user back to their Google Account and/or profile,

thus identifying the user.[22]

---

[21] *See, e.g.*, JUSTIA, HISTORY OF GOOGLE ANALYTICS, https://onward.justia.com/history-of-google-analytics/ (describing Classic Analytics/ga.js, introduced in or around 2007; Universal Analytics/analytics.js, introduced in or around 2012; and the Global Site Tag/Google Tag/gtag.js, introduced in or around 2017); GOOGLE, INTRODUCTION TO GA.JS (LEGACY), https://web.archive.org/web/20240630045510/https://developers.google.com/analytics/devguides/collection/gajs; GOOGLE, ADD ANALYTICS.JS TO YOUR SITE, https://web.archive.org/web/20240701002341/https://developers.google.com/analytics/devguides/collection/analyticsjs/; GOOGLE, [GA4] SET UP ANALYTICS FOR A WEBSITE AND/OR APP, https://support.google.com/analytics/answer/9304153 ("To begin seeing data in your new Google Analytics 4 property, you'll need to do one of the following: Add the tag to a website builder or CMS-hosted website (e.g., HubSpot, Shopify, etc.)[;] [a]dd the Google tag directly to your web pages[;] [a]dd your tag using Google Tag Manager"); GOOGLE, TAGGING FOR GOOGLE ANALYTICS, https://developers.google.com/analytics/devguides/collection/ga4/tag-options ("The Google tag is a single tag you can add to your website to measure organic and ad performance. … Google Tag Manager is a web-based tag management system, that lets you create Google tags and install them on your website, without manually adding JavaScript snippets to your site."); GOOGLE, SET UP GOOGLE ANALYTICS EVENTS IN TAG MANAGER, https://support.google.com/tagmanager/answer/13034206 ("To set up an event using Google Tag Manager, you will configure a Google Analytics: GA4 Event tag"); GOOGLE, CONVERSION LINKER, https://support.google.com/tagmanager/answer/7549390 ("Conversion linker tags are used to help tags measure click data so that conversions are measured effectively."); GOOGLE, ENABLE GOOGLE SIGNALS FOR SERVER-SIDE TAG MANAGER, https://developers.google.com/tag-platform/tag-manager/server-side/google-signals-in-sgtm?option=GA4 ("In Google Analytics, activate Google signals for the property you reference in your client-side Google tag."); GOOGLE, [GA4] PREDEFINED USER DIMENSIONS, https://support.google.com/analytics/answer/9268042 ("As long as you use … gtag.js, you don't need to write additional code to collect the following user dimensions from your mobile app and/or website[:] … Google signals."). *See also* GOOGLE, ANALYZE EXISTING TAG CONFIGURATIONS, https://developers.google.com/tag-platform/devguides/existing; GOOGLE, RESTRICT TAG DEPLOYMENT, https://developers.google.com/tag-platform/tag-manager/restrict.

[22] Google's particular methods of identification are discussed in detail *infra* ¶¶ 29-42, 62-78.

27.     The fact that Defendant discloses to Google, via Google Analytics and Google's tags/libraries associated therewith, the title of the video and the URL of the video the user is requesting and/or obtaining, is shown by the yellow highlights below. Here, the title of a video was "Cuba: Technological Disobedience" and the URL of a video was "https://www.aljazeera.com/video/al-jazeera-world/2026/2/25/cuba-technical-disobedience":



| dt | Cuba: Technological Disobedience |
| dl | https://www.aljazeera.com/video/al-jazeera-world/2026/2/25/cuba-technical-disobedience |
| sid | 1773414447 |
| sct | 1 |
| seg | 1 |
| dr | https://www.google.com/ |
| _tu | AAg |
| en | page_view |
| _ee | 1 |
| ep.anonymize_ip | true |
| ep.dimension15 | Web |
| ep.dimension1 | Documentary, Show Types |
| ep.dimension2 | Documentary |
| ep.dimension3 | Cuba, Latin America |
| ep.dimension6 | episode |

28.     Similarly, the fact that Defendant discloses to Google, via Google Analytics and Google's tags/libraries associated therewith, the title of the video and the URL of the video the user is requesting and/or obtaining, is shown by the yellow highlights below. Here, the title of the video was "Why is Trump asking for Europe's help in war on Iran?" and the URL of a video was "https://www.aljazeera.com/video/the-bottom-line/2026/3/25/why-is-trump-asking-for-europes-help-in-war-on-iran":

| dt | Why is Trump asking for Europe's help in war on Iran? |
| dl | https://www.aljazeera.com/video/the-bottom-line/2026/3/24/why-is-trump-asking-for-europes-help-in-war-on-iran |
| sid | 1774552663 |
| sct | 1 |
| seg | 1 |
| _tu | AAg |
| en | page_view |
| _ee | 1 |
| ep.anonymize_ip | true |
| ep.dimension15 | Web |
| ep.dimension1 | Show Types, TV Shows |
| ep.dimension2 | TV Shows |
| ep.dimension3 | Europe, France, Germany, Iran, Israel, Middle East, United States, US & Canada |
| ep.dimension4 | Benjamin Netanyahu, Donald Trump, European Union, US-Israel war on Iran |
| ep.dimension5 | US-Israel war on Iran |
| ep.dimension6 | episode |

9

29.    The video-viewing data is associated with individual Website users' Google accounts—and thus, is reasonably and foreseeably likely to identify the specific user requesting or obtaining the pre-recorded video—in two ways: through Google Analytics, and through Google identification cookies.

### 1.    Google Analytics Associates Website Users' Video-Viewing Information With Their Google Accounts.

30.    Website users' video-viewing data is associated with their individual Google accounts through Google Signals. Google itself explains that Google "associates [data] with user[s'] … Google accounts," for "users who have signed in … and who have turned on Ads Personalization."[23] Ads personalization is turned on by default when a user creates a Google Account.

31.    Defendant enables Google Signals to pair Website users' identities and video-viewing information, as evidenced by the below screenshot of the Website's tracker settings.

```
["map", "redactFieldGroup", "GOOGLE_SIGNALS", "disallowAllRegions", false, "disallowedRegions", ""]],
```

32.    A more in-depth explanation of Google Signals and how this technology functions is detailed below.  *See* Factual Allegations § IV.B, *infra*.

### 2.    Google Cookies Associate Website Users' Video-Viewing Information With Their Google Accounts.

33.    Website users' video-viewing information is also associated with their individual Google accounts through Google's cookies, which allow Google to "'remember' what a user has

---

23    GOOGLE, [GA4] ACTIVATE GOOGLE SIGNALS FOR GOOGLE ANALYTICS PROPERTIES, https://support.google.com/analytics/answer/9445345; *see also* GOOGLE, [GA4] PREDEFINED USER DIMENSIONS, https://support.google.com/analytics/answer/9268042 ("Google signals is data from users who sign in to Google. When Google signals data is available, Analytics associates event data it collects from users with the Google accounts of users who are signed in.").

done on previous pages [and their] interactions with the [W]ebsite."[24]

34.    Through these cookies, Defendant enables Google to pair Website users' identities and video-viewing information, for users who are signed into their Google account.  This is shown by the following screenshots of Google Analytics transmissions and cookies.

35.    *First*, Google uses various cookies for identification and/or authentication, and these cookies are sent in the same transmission as a user's video-viewing data.  As shown by the yellow highlights in the below transmission, the title of the video the user requested and/or obtained was: "Could Ukraine's drone expertise serve Gulf countries?" The URL of the video was: "https://www.aljazeera.com/video/inside-story/2026/03/28/could-ukraines-drone-expertise-serve-gulf-countries."

| tag_exp | 0~115938466~115938469~117484252 |
| dt | Could Ukraine's drone expertise serve Gulf countries? |
| dl | https://www.aljazeera.com/video/inside-story/2026/3/28/could-ukraines-drone-expertise-serve-gulf-countries |
| sid | 1774884169 |
| sct | 1 |
| seg | 1 |
| _tu | AAg |
| en | page_view |

| Name | Value | Do... | Path | Expi... | Size | Htt... | Sec... | Sa... | Part... | Cro... | Prio... |
|---|---|---|---|---|---|---|---|---|---|---|---|
| __Secure-3PAPISID | 92-g5lak6xnXk4J-/AnFRopnmd0... | .go... | / | 202... | 51 | | ✓ | None | | | High |
| __Secure-3PSID | g.a0008Qi5IVk4uGtpOF1kTpx7_L... | .go... | / | 202... | 167 | ✓ | ✓ | None | | | High |
| __Secure-3PSIDCC | AKEyXzWqq2EZXZZ5WqiEuvnPu... | .go... | / | 202... | 88 | ✓ | ✓ | None | | | High |
| __Secure-3PSIDRTS | sidts-CjcBWhotCVCgW1AEHUHf... | .go... | / | 202... | 102 | ✓ | ✓ | None | | | High |
| __Secure-3PSIDTS | sidts-CjcBWhotCVCgW1AEHUHf... | .go... | / | 202... | 101 | ✓ | ✓ | None | | | High |
| NID | 530=JBV9u58LCWZ2JAOGpeXsR... | .go... | / | 202... | 750 | ✓ | ✓ | None | | | Me... |

36.    As shown by the blue highlights in the above transmission, Defendant enables Google, through its cookies, to pair Website users' Google Account ID and video-viewing

---

[24]    GOOGLE, GOOGLE ANALYTICS COOKIE USAGE ON WEBSITES, https://web.archive.org/web/20240303080533/https://developers.google.com/analytics/devguides/collection/analyticsjs/cookie-usage.

information, for users who are signed into their Google account.  Specifically, the blue highlights in the above transmission show that Google cookies paired with Al Jazeera website users' video-viewing data include, but are not limited to, the "_Secure-3-PSID" cookie.

37.     The "_Secure-3-PSID" cookie functions as an identity token by embedding the user's encrypted Google Account ID, enabling linkage of video-viewing data to users of the Website. Google explains that:

> [C]ookies … used to authenticate users help ensure that only the **actual owner** of an account can access that account. For example, cookies called 'SID' … contain … **records of a user's Google Account ID** and most recent sign-in time. … These cookies last for 2 years.[25]

38.     The _Secure-3-PSID cookie contains the same encrypted Google Account ID as the SID cookie,[26] as evinced by overlapping cookie values that Plaintiff's counsel observed across both a _Secure-3-PSID and SID cookie while logged into the same Google account.

39.     Moreover, the _Secure-3-PSID cookie appears to simply attach (or prepend) the "_Secure-3P" prefix to the "SID" cookie name.[27]  One may "[p]repend cookie names with … __Secure- … to prevent cookies from being overwritten by insecure sources."[28]  The "3P" prefix means this is a third-party cookie, which is "created by a different website than the one the user is

---

[25]     GOOGLE PRIVACY & TERMS, HOW GOOGLE USES COOKIES, https://policies.google.com/technologies/cookies?hl=en-US (last accessed Apr. 8, 2026) (emphasis added).

[26] The fact that a Google Account ID is encrypted is of no import to Google, who "signed and encrypted" the "Google Account ID" in the first instance.  *See supra* note.

[27] *See* GOOGLE PRIVACY SANDBOX, COOKIE ATTRIBUTES, https://privacysandbox.google.com/cookies/basics/cookie-attributes ("A cookie that has a name prefixed with __Secure- … must be from a secure (HTTPS) origin.").

[28] MOZILLA, SECURE COOKIE CONFIGURATION, https://developer.mozilla.org/en-US/docs/Web/Security/Practical_implementation_guides/Cookies (last accessed April 7, 2026)

currently visiting" (*i.e.*, Google). [29]

40.      To create a Google Account, users must provide: (1) their first name (with last name optional), (2) date of birth (month, day, year), (3) gender, and often (4) phone verification— "required to confirm you're a real person." [30]  Thus, connecting a user to their Google account is reasonably and foreseeably likely to identify the user.

41.      The fact that Google is able to pair users' video-viewing habits with their use of the Website more broadly is evinced by the following screenshot, which reveals that, when a user accesses the Al Jazeera Website, the Google tracking technologies [31] on the Website compel that user's browser to transmit what is known as the "DSID" cookie:



42.      According to Google, "***the 'DSID' cookie is used to identify a signed-in user on non-Google sites***" and has a lifespan of two weeks. [32]

### C.      Defendant Discloses Users' PII and Video Viewing Information To Amplitude On The iOS App and Android App

43.      When an Al Jazeera user signs up for an Al Jazeera account on the iOS App and/or Android App, Defendant discloses to Amplitude the user's e-mail address (yellow highlighting)

---

[29] PC MAGAZINE, THIRD-PARTY COOKIE, https://www.pcmag.com/encyclopedia/term/third-party-cookie.

[30] GOOGLE ACCOUNT HELP, VERIFY YOUR ACCOUNT,  https://support.google.com/accounts/answer/ 114129?hl=en (last accessed Apr. 13, 2026) ("To help protect you and stop spammers, before you create an account or sign in, sometimes phone verification is required to confirm you're a real person.").

[31] Google appears as "DoubleClick" in the following image because DoubleClick was acquired by Google.  Google also owns the domain "doubleclick.net."  GODADDY.COM, WHOIS DATABASE, https://www.godaddy.com/whois/results.aspx?itc=dlp_domain_whois& domain=doubleclick.net.

[32]      GOOGLE    PRIVACY    &    TERMS,    HOW    GOOGLE    USES    COOKIES, https://policies.google.com/technologies/cookies?hl=en-US  (last  accessed  Apr.  8,  2026) (emphasis added).

and device ID (green highlighting), among other identifiers:

## *iOS App Transmission*

```
▼ {api_key: "92be94a722ee349d7481fe7f5c45073a", events: [,…], options: {}}
  api_key: "92be94a722ee349d7481fe7f5c45073a"
  ▼ events: [,…]
    ▼ 0: {device_id: "ba0cf054-38bf-46d1-afa2-2b149db770ed", session_id: 1773935311117, time: 1773935499017,…}
        app_version: "9.9.0"
        carrier: "Unknown"
        device_id: "ba0cf054-38bf-46d1-afa2-2b149db770ed"
        device_manufacturer: "Apple"
        device_model: "iPhone14,6"
        event_id: 27
      ▼ event_properties: {modeType: "Light", env: "PROD", signinStatus: "Signed Out", verificationStatus: "Not Verifiec
          appVersion: "9.9.0"
          authType: "none"
          email: "susanharrington10026@gmail.com"
          env: "PROD"
          modeType: "Light"
          password: "AlJazVPPAtester1111!"
          preferredLanguage: "en"
          projectName: "Al Jazeera Mobile App"
          screen: "EmailAuthConsentScreen"
          screenOrientation: "Portrait"
          signinStatus: "Signed Out"
          title: "EmailAuthConsentScreen"
          verificationStatus: "Not Verified"
        event_type: "ScreenViewed"
        idfv: "FE2A6341-A956-4AB4-AE42-3DFC2B8558EB"
        insert_id: "8dc9fc95-06bf-46f0-9e0e-a1ebe80bd4fe"
        ip: "$remote"
```

## *Android App Transmission*

```
▼ {api_key: "92be94a722ee349d7481fe7f5c45073a", events: [,…], options: {}}
  api_key: "92be94a722ee349d7481fe7f5c45073a"
  ▼ events: [,…]
    ▼ 0: {device_id: "f290ab39-683b-4a0f-9674-09f2659b1ad6", session_id: 1773952347996, time: 1773952408363,…}
        adid: null
        android_app_set_id: null
        app_version: "9.9.0"
        carrier: " "
        device_id: "f290ab39-683b-4a0f-9674-09f2659b1ad6"
        device_manufacturer: "motorola"
        device_model: "moto g power 5G - 2023"
        event_id: 22
      ▼ event_properties: {modeType: "Light", env: "PROD", signinStatus: "Signed Out", verificationStatus: "Not V
          appVersion: "9.9.0"
          authType: "none"
          email: "bwilliams197212@gmail.com"
          env: "PROD"
          modeType: "Light"
          password: "AlJazVPPAtester55555!"
          preferredLanguage: "en"
          projectName: "Al Jazeera Mobile App"
          screen: "EmailAuthConsentScreen"
          screenOrientation: "Portrait"
          signinStatus: "Signed Out"
          title: "EmailAuthConsentScreen"
          verificationStatus: "Not Verified"
        event_type: "ScreenViewed"
        insert_id: "61110fa0-6a79-4955-9e6b-43fa25aa736f"
        ip: "$remote"
```

14

44.     When an Al Jazeera user watches a pre-recorded video on the iOS App, Defendant discloses to Amplitude, *inter alia*: (i) the user's device ID (green highlighting); (ii) the user ID (orange highlighting); and (iii) video-viewing information, including the title of the video the user is watching, the fact it is a "video on demand," and video play information, such as the fact the video was loaded (yellow highlighting):

### iOS App transmission

```
▼{api_key: "92be94a722ee349d7481fe7f5c45073a",…}
  api_key: "92be94a722ee349d7481fe7f5c45073a"
  ▼events: [{user_id: "69bc1bb2b9d58630c3aee138", device_id: "ba0cf054-38bf-46d1-afa2-2b149db770ed",…}]
    ▼0: {user_id: "69bc1bb2b9d58630c3aee138", device_id: "ba0cf054-38bf-46d1-afa2-2b149db770ed",…}
      app_version: "9.9.0"
      carrier: "Unknown"
      device_id: "ba0cf054-38bf-46d1-afa2-2b149db770ed"
      device_manufacturer: "Apple"
      device_model: "iPhone14,6"
      event_id: 141
      ▼event_properties: {modeType: "Light", env: "PROD", signinStatus: "Signed In", verificationStatus: "Verified",…}
        appVersion: "9.9.0"
        authType: "password"
        channel: "aje"
        className: "AJBrightCovePlayer"
        duration: 37
        env: "PROD"
        eventSource: "tap"
        id: "6391166054112"
        index: 3
        isAdPlaying: false
        layoutName: "PortraitVideosScreen"
        modeType: "Light"
        module: "Portrait Videos"
        navTab: "VideoStack"
        playbackMode: ""
        preferredLanguage: "en"
        projectName: "Al Jazeera Mobile App"
        screenOrientation: "PORTRAIT"
        signinStatus: "Signed In"
        title: "Iran hits Qatar gas operations in response to Israeli attack"
        type: "VOD"
        verificationStatus: "Verified"
        videoType: "brightcove"
        videoUrl: "https://manifest.prod.boltdns.net/manifest/v1/hls/v4/clear/665003303001/e228d96d-0ddd-4187-9b38-8aef9
        wasAdSkipped: false
        wasPreRollOffered: false
      event_type: "VideoLoaded"
      idfv: "FE2A6341-A956-4AB4-AE42-3DFC2B8558EB"
      insert_id: "32b3527f-13a6-4c07-8ec5-9a93f1132615"
      ip: "$remote"
```

45.     Notably, the device ID in the above screenshot matches the device ID disclosed simultaneously with the user's e-mail address to Amplitude in the screenshot of the iOS transmission following paragraph 43.    Thus, Amplitude connects—and Defendant knows Amplitude connects—the user's e-mail address with the video the user is requesting or obtaining.

15

***Android App transmission***

```
▼ events: [{user_id: "69bc5da512a1f7eaf1c3cbcb", device_id: "f290ab39-683b-4a0f-9674-09f2659b1ad6",…}]
  ▼ 0: {user_id: "69bc5da512a1f7eaf1c3cbcb", device_id: "f290ab39-683b-4a0f-9674-09f2659b1ad6",…}
    adid: null
    android_app_set_id: null
    app_version: "9.9.0"
    carrier: " "
    device_id: "f290ab39-683b-4a0f-9674-09f2659b1ad6"
    device_manufacturer: "motorola"
    device_model: "moto g power 5G - 2023"
    event_id: 48
  ▼ event_properties: {modeType: "Light", env: "PROD", signinStatus: "Signed In", verificationStatus: "Not Verified",…}
    appVersion: "9.9.0"
    articleId: "4413383"
    authType: "password"
    channel: "aje"
    className: "AJBrightCovePlayer"
    currentPosition: 14.936
    duration: 216
    env: "PROD"
    eventSource: "tap"
    id: "6391130137112"
    isAdPlaying: false
    layoutName: "ArticleScreen"
    link: "/video/2026/3/18/trump-wants-to-overthrow-the-cuban-president"
    mode: "autoplay"
    modeType: "Light"
    module: "Topic - Latin America"
    navTab: "TopicStack"
    playbackMode: ""
    preferredLanguage: "en"
    projectName: "Al Jazeera Mobile App"
    screenOrientation: "PORTRAIT"
    signinStatus: "Signed In"
    tags: "Fidel Castro, Raul Castro"
    title: "Trump wants to overthrow the Cuban president"
    topics: "Newsfeed, Show Types"
    type: "VOD"
    verificationStatus: "Not Verified"
    videoType: "brightcove"
    videoUrl: "https://manifest.prod.boltdns.net/manifest/v1/hls/v4/clear/665003303001/a6513b07-cd34-4cc3-a1b2-05a02b725
    wasAdSkipped: true
    wasPreRollOffered: true
    watchTime: 0.12
    event_type: "VideoStopped"
    insert_id: "93785264-a8a5-454e-ac9a-54572414160e"
    ip: "$remote"
```

46.    Similarly, when an Al Jazeera user watches a pre-recorded video on the Android App, Defendant discloses to Amplitude, *inter alia*: (i) the user's device ID (green highlighting); (ii) the user ID (orange highlighting); and (iii) video-viewing information, including the title of the video the user is watching, the fact it is a "video on demand," the URL of the video, and video play information, such as the fact the video was stopped (yellow highlighting).

47.    Again, the device ID in the above screenshot matches the device ID disclosed simultaneously with the user's e-mail address to Amplitude in the screenshot of the Android

transmission following paragraph 43.   Thus, Amplitude connects—and Defendant knows Amplitude connects—the user's e-mail address with the video the user is requesting or obtaining.

48.    Amplitude uses a system of three different IDs to track known and anonymous users: device ID, user ID, and Amplitude ID. "The [device ID] comes directly from [] users' devices, while the [Amplitude ID] is an ID that Amplitude automatically creates once it has enough information to conclusively identify a unique user."[33] "The user ID, however, is something [Defendant would] set up."[34]

49.    Amplitude further explains it has the ability to connect and pair gathered information with these unique identifiers on the backend, meaning this pairing is not visible during the dynamic analysis: "Amplitude *merges a user's event data on the backend*: this connects the correct user ID to any anonymous events the user generated before the assignment of their user ID."[35] Amplitude's identity stitching also allows it to "use a user ID to reconcile events *across multiple devices* under the same user ID."[36]

50.    The green highlights in the above transmissions show that Defendant discloses to Amplitude the user's device ID. *Supra* ¶¶ 43-45. Amplitude explains the device ID as follows:

> **Device ID:** For mobile applications, Amplitude pulls the Identifier for Vendors (IDFV) or generates a random alphanumeric string for the device ID. For web-based applications, Amplitude will set the device ID to a randomly-generated Universally Unique Identifier

---

[33] AMPLITUDE, HOW AMPLITUDE IDENTIFIES YOUR USERS, https://amplitude.com/docs/get-started/identify-users (last accessed Mar. 23, 2026).

[34] *Id.* "After gathering the device and user IDs, Amplitude generates the Amplitude ID and associates it with the user and device IDs it has already collected for this user. Amplitude only needs one or the other to generate an Amplitude ID; however, the user ID is preferred, as multiple unique users could share the same device." AMPLITUDE, TRACK UNIQUE USERS, https://amplitude.com/docs/data/sources/instrument-track-unique-users.

[35] AMPLITUDE, HOW AMPLITUDE IDENTIFIES YOUR USERS, https://amplitude.com/docs/get-started/identify-users (last accessed Mar. 23, 2026) (emphasis added).

[36] *Id.* (emphasis added).

17

(UUID) by default, which persists unless a user clears their browser cookies and/ or is browsing in private mode. [37]

51.    Defendant discloses an Al Jazeera App user's device ID in the same communication as their email address as shown in the screenshots, *supra* ¶ 43.

52.    The orange highlights in the above transmissions show that Defendant discloses to Amplitude Al Jazeera iOS and Android App user IDs.  Amplitude explains the user ID as follows:

> **User ID:** This identifier is configured by [Defendant].  Many products use a username or an internal unique identifier to track their users. A user ID should be something that **does not and will not change**. [38]

53.    The purple highlights in the above transmissions show Defendant also discloses to Amplitude the user's IP address (here, "$remote"). Amplitude explains:

> The IP address of the user. Use `$remote` to use the IP address on the upload request. **Amplitude uses the IP address to reverse lookup a user's location** (city, country, region, and DMA [designated market area]). Amplitude can drop the location and IP address from events after they reach Amplitude servers. Contact the Support team to configure this. [39]

54.    Amplitude gathers location data automatically: "By default, Amplitude uses the GeoIP to gather location property values based on location_lat and location_long." [40]

55.    Defendant discloses all this information to Amplitude *even if users click "Ask App Not to Track" and "Reject all"* when they sign up for an account:

---

[37] AMPLITUDE, TRACK UNIQUE USERS, https://amplitude.com/docs/data/sources/instrument-track-unique-users (last accessed Apr. 10, 2026).

[38] *Id.* (emphasis in original).

[39] AMPLITUDE, BATCH EVENT UPLOAD API, https://amplitude.com/docs/apis/analytics/batch-event-upload (last accessed Mar. 23, 2026).

[40] AMPLITUDE, IP ADDRESS, LOCATION, USER AGENT, AND DEVICE PROPERTIES, https://amplitude.com/docs/data/understand-ip-address-and-location (last accessed Mar. 23, 2026).



56.    Amplitude has the further ability to identify Al Jazeera Android App and iOS App users through what are known as data integrations. "Amplitude's integrations are categorized as either *upstream* or *downstream*."[41] Upstream integrations are data *sources*, while downstream integrations are data *destinations*.[42]

57.    Data sources allow Amplitude clients like Defendant to "import data from other platforms into Amplitude. This enriches [Defendant's] Amplitude data with valuable context,

---

[41] Mostafa Daoud, *Amplitude Analytics: A Deep Dive into the Leading Product Analytics Platform*, e-CENS (published Mar. 27, 2025) (last edited Apr. 24, 2025), https://e-cens.com/blog/amplitude-analytics-a-deep-dive-into-the-leading-product-analytics-platform/ (emphasis in original).

[42] *See id.*

providing a more complete view of your users."[43] Data sources include "Customer Relationship Management (CRM) Systems[,]" "Marketing Automation Platforms[,]" "Data Warehouses[,]" and "Customer Data Platforms."[44]

58.    Amplitude explains that Defendant also has the ability to "[c]onnect the leading data and marketing platforms to Amplitude."[45] These integrations include Google Analytics for iOS, Android, and also the Web.[46]



59.    For example, "[w]ith Amplitude's Google Analytics 4 integration," Defendant may "ingest Google Analytics 4 data into [its] Amplitude project."[47] Alternatively, Defendant may "stream [] Amplitude event data straight to Google Analytics with just a few clicks."[48]

60.    Thus, Plaintiff and Class Members' PII and video-viewing data disclosed to

---

[43] Mostafa Daoud, *Amplitude Analytics: A Deep Dive into the Leading Product Analytics Platform*, e-CENS (published Mar. 27, 2025) (last edited Apr. 24, 2025), https://e-cens.com/blog/amplitude-analytics-a-deep-dive-into-the-leading-product-analytics-platform/.

[44] *Id.*

[45] AMPLITUDE, CONNECT YOUR CUSTOMER DATA STACK, https://amplitude.com/integrations (last accessed Mar. 23, 2026).

[46] *See* AMPLITUDE, CONNECT YOUR CUSTOMER DATA STACK, https://amplitude.com/integrations (last accessed Mar. 23, 2026).

[47] AMPLITUDE, GOOGLE ANALYTICS 4 IMPORT, https://amplitude.com/docs/data/source-catalog/ga4.

[48] AMPLITUDE, GOOGLE ANALYTICS 4 (WEB), https://amplitude.com/integrations/google-analytics-4-web.

Amplitude may also be shared and paired with *additional* sources of data from *other* third parties.

IV.    **DEFENDANT DISCLOSES CLASS MEMBERS' PII AND VIDEO-VIEWING INFORMATION TO GOOGLE AND AMPLITUDE FOR THE PURPOSES OF MARKETING, ADVERTISING, AND ANALYTICS**

61.    Defendant transmits the foregoing PII and video-viewing information to Google and Amplitude so that Google and Amplitude can help Defendant launch marketing campaigns, target specific users with advertising, and analyze Website, iOS App, and Android App user data.

A.    **Google Analytics**

62.    According to Google, "Google Analytics is a platform that collects data from [] websites and apps to create reports that provide insights into [] business[es]."[49]

63.    To discern when "two different [users] interact with [a] website[,] … Google Analytics identifies an individual user based on [Google Analytics] reporting identit[ies.]"[50] Reporting identities are combinations of "identifiers … called *identity spaces*"—namely, "User-ID"; "user-provided data"; "device ID"; and "modeling."[51]

- A "User-ID" is a "persistent ID[,]"[52] consisting of a unique combination of up to "256 characters[,]"that is created by website operators and "assign[ed] and consistently reassign[ed] … to [] users[,] … typically [] during login."[53]

- "User-provided data" consists of contact details such as "email, phone, name and address[,]" provided by website users, that "is [] matched with other Google data … to improve the accuracy of [] measurement data and

---

[49]    GOOGLE, HOW GOOGLE ANALYTICS WORKS, https://support.google.com/analytics/answer/12159447.

[50]    GOOGLE, TRAFFIC-SOURCE DIMENSIONS, https://support.google.com/analytics/answer/11080067.

[51]    GOOGLE, [GA4] REPORTING IDENTITIES, https://support.google.com/analytics/answer/10976610.

[52]    *Id.*

[53]    GOOGLE, [GA4] MEASURE ACTIVITY ACROSS PLATFORMS WITH USER-ID, https://support.google.com/analytics/answer/9213390.

21

power enhanced Analytics capabilities."[54]   Although these personal details are "hash[ed],"[55] the reality is that, even in hashed form, they are traceable to individuals.[56]

- A "device ID" is a "browser-based or mobile-app-based identifier."[57] "On a website, device ID gets its value from the client ID property of the _ga cookie. In an iOS or Firebase app, device ID gets its value from the app-instance ID, which identifies a unique installation of the app."[58]

- "Modeling" uses "machine learning to model the behavior of users who decline analytics cookies based on the behavior of similar users who accept analytics cookies."[59]

64.    Google Analytics can also leverage "Google signals," which "associates [data] with user[s'] … Google accounts," for "users who have signed in …  and who have turned on Ads Personalization."[60] "This association of data with these signed-in users is used to enable cross-device remarketing, and cross-device key events export to Google Ads."[61] Google Signals is

---

[54] GOOGLE, [GA4] USER-PROVIDED DATA COLLECTION, https://support.google.com/analytics/answer/14077171.

[55] *Id.*

[56] *See*, *e.g.*, FEDERAL TRADE COMMISSION, DOES HASHING MAKE DATA "ANONYMOUS"?, https://tinyurl.com/56p3a82j ("[H]ashing is vastly overrated as an 'anonymization' technique … the casual assumption that hashing is sufficient to anonymize data is risky at best, and usually wrong."); FEDERAL TRADE COMMISSION, NO, HASHING STILL DOESN'T MAKE YOUR DATA ANONYMOUS, https://www.ftc.gov/policy/advocacy-research/tech-at-ftc/2024/07/no-hashing-still-doesnt-make-your-data-anonymous ("[H]ashes aren't 'anonymous' and can still be used to identify users, and their misuse can lead to harm. Companies should not act or claim as if hashing personal information renders it anonymized."); STEVEN ENGLEHARDT ET AL., I NEVER SIGNED UP FOR THIS! PRIVACY IMPLICATIONS OF EMAIL TRACKING, https://petsymposium.org/2018/files/papers/issue1/paper42-2018-1-source.pdf ("[H]ashing of PII, including emails, is not a meaningful privacy protection. This is folk knowledge in the security community, but bears repeating.").

[57] GOOGLE, [GA4] DEVICE ID, https://support.google.com/analytics/answer/9356035.

[58] *Id.*

[59] GOOGLE, [GA4] BEHAVIORAL MODELING FOR CONSENT MODE, https://support.google.com/analytics/answer/11161109.

[60] GOOGLE, [GA4] ACTIVATE GOOGLE SIGNALS FOR GOOGLE ANALYTICS PROPERTIES, https://support.google.com/analytics/answer/9445345.

[61] *Id.*

22

discussed in greater detail below.  *See* Factual Allegations § IV.B, *infra*.

65.    Google describes the reports and insights associated with Google Analytics: [62]

Real-Time Reporting
- Monitor activity on your site or app as it happens.

Acquisition Reports
- See how users land on your site or app and understand the effectiveness of your marketing.
  - User Acquisition[:] Discover how users reach your site or app through different paid and organic sources.

  - Traffic Acquisition[:] See a session-based view of traffic and engagement on your site or app through different paid and organic traffic sources.

Engagement Reports
- Better understand what content drives engagement and conversions on your site or app.
  - Events Report[:] Get a detailed view of user actions, system events, or errors.

  - Conversion Report[:] See how all your marketing channels are working together to drive conversions.

  - Pages and Screen Report[:] See which web pages and app screens users engage with the most.

Monetization Reports
- See how much revenue your site or app generates whether it's from ecommerce, subscriptions, or ads.
  - Ecommerce[:] Analyze purchase activity including product and transaction information, average purchase revenue, average purchase revenue per user, and other data.

  - In-App Purchases[:] Improve your app monetization with insights about the highest performing products and subscriptions.

  - Publisher Ads[:] See ad revenue that your app generates using [] Google Analytics for Firebase SDK.

---

[62]  GOOGLE, ANALYTICS FEATURES, https://marketingplatform.google.com/about/analytics/features/.

66.     Google Analytics also tracks portions of users' IP addresses for "analysis of general location trends" despite masking the full IP address of a user.[63]

67.     This gathered information is used for marketing and advertising. Specifically, Google "Analytics is designed to work seamlessly with other Google solutions and partner products" and can "unlock deeper insights into [advertising] campaign performance from Google Ads, Display & Video 360, and Search Ads 360."[64]

68.     Google Analytics integrates with Google Ads so that clients, like Defendant, can "[s]ee [] Ads data together with [] website and app performance data in the Google Ads reports in Analytics."[65]   Google Analytics integrates with Display & Video 360 and Search Ads so that clients, like Defendant, can "[e]xport conversions created in Analytics," "create audiences that are predicted to take [certain] actions[,]" and "use them for automated bidding" in Display & Video 360 and Search Ads 360.[66]

69.     Gathered information is also used for analytics. With Google Analytics, clients, like Defendant, can "apply[] Google's machine learning models, … analyze [] data[,] and predict future actions people may take, like making a purchase or churning."[67]

70.     In addition, Google Analytics can "automatically detect and surface actionable insights from [gathered] data like important changes, new trends, and other growth

---

[63] "In GA4, IP anonymization is automatically enabled by default. This means you don't have to configure anything—Google Analytics will automatically mask user IP addresses before they're processed or stored." SELINE ANALYTICS, WHAT IS IP ANONYMIZATION IN GOOGLE ANALYTICS?, https://seline.com/google-analytics-terms/ip-anonymization.

[64] GOOGLE, ANALYTICS FEATURES, https://marketingplatform.google.com/about/analytics/features/.

[65] *Id.*

[66] *Id.*

[67] *Id.*

opportunities."[68] And Google can provide "[a]nswers to [marketers' q]uestions … in natural language[,] … to quickly find [] metric[s], report[s], or insights."[69] Through Google Analytics' "[u]ser [e]xploration" functions, it is even possible to "[s]elect specific groups of users and drill down deeper to understand how those users engage with [a] site or app."[70]

71.     Thus, Google Analytics furnishes "a complete understanding of [] customers across devices and platforms[,] … [and] gives [] the tools[] … to understand customer journey and improve marketing ROI."[71]

72.     Defendant discloses information to Google Analytics for such marketing, advertising, and analytics purposes.

**B.     Google Signals**

73.     Through "Google signals … [Google] Analytics associates event data it collects from users with the Google accounts of users who are signed in."[72] "This association of data with these signed-in users is used to enable cross-device remarketing, and cross-device key events export to Google Ads."[73]

74.     Thus, with Google Signals, "Google is able to develop a holistic view of how those users interact with an online property from multiple browsers and multiple devices. For example, [one] can see how users browse products on [a] site from a phone, and later return to complete

---

[68] *Id.*

[69] *Id.*

[70] *Id.*

[71] GOOGLE, ANALYTICS OVERVIEW, https://marketingplatform.google.com/about/analytics/.

[72] GOOGLE, [GA4] PREDEFINED USER DIMENSIONS, https://support.google.com/analytics/answer/9268042.

[73] GOOGLE, [GA4] ACTIVATE GOOGLE SIGNALS FOR GOOGLE ANALYTICS PROPERTIES, https://support.google.com/analytics/answer/9445345.

purchases from a tablet or laptop."[74]

75.     This gathered information is used for marketing and advertising. Namely, "Google signals enables[ r]emarketing … Google Ads and other Google Marketing Platform advertising products can use third-party advertising identifiers enabled by Google signals to serve ads in … remarketing campaigns to Google users."[75]

76.     Put simply, "[r]emarketing lets [Google's clients] re-engage users based on their behavior in [an] app or on [a] site. When users fit the behavioral profile for an audience (for example, Reached Level 9), they are added to that audience and are eligible to see ads related to that earlier behavior."[76]

77.     Gathered information is also used for analytics. Google Signals helps "[r]eport on cross-device user counts," "[r]eport and understand different groups of users based on the different device combinations they use," [r]eport on and understand [] cross-device marketing performance (e.g., channels, campaigns, etc.)," and "[u]nderstand the customer journey across devices by analyzing user-based reports (active users, funnels, pathing)."[77] In this sense, "Google signals enables[] … Google Analytics [to] collect[] additional information about demographics and interests … from users who are signed in to their Google accounts."[78]

78.     Defendant discloses information to Google Signals for such marketing, advertising,

---

[74] *Id.*

[75] GOOGLE, [GA4] ACTIVATE GOOGLE SIGNALS FOR GOOGLE ANALYTICS PROPERTIES, https://support.google.com/analytics/answer/9445345.

[76] GOOGLE, ENABLE REMARKETING WITH GOOGLE ANALYTICS DATA, https://support.google.com/analytics/answer/9313634.

[77] *Id.*

[78] GOOGLE, [GA4] ACTIVATE GOOGLE SIGNALS FOR GOOGLE ANALYTICS PROPERTIES, https://support.google.com/analytics/answer/9445345.

and analytics purposes.

### C.    Amplitude

79.    "Amplitude is a powerful product analytics platform that enables you to build better products by tracking and understanding user behavior."[79] More specifically, "Amplitude is an event-based analytics tool that ***tracks the behaviors of users*** based on in-product interactions and analyzes user behavior ***in real-time***. Event-based analytics is the method of tracking and analyzing interactions between users and your product, also known as events."[80]

80.    To install the Amplitude tracking technology, Amplitude provides the following instructions to its clients like Defendant:

> Amplitude inserts your API key in the snippet as necessary. **Paste the snippet in the [head] tag of each page** you want to track user behavior, create a feature flag, or build a cohort. **This snippet installs and initializes the Browser SDK** and any extra features you enable.[81]

81.    Amplitude thus relies on SDKs and APIs. "An SDK is a set of platform-specific building tools" that "offer[s] a variety of functionalities."[82] For example, an SDK "may help a company evaluate data" or "may be used for monetization purposes, including content personalization and targeted advertising."[83]

82.    In other words, SDKs make data usable. An API "enables software applications to

---

[79] AMPLITUDE, WHAT IS AMPLITUDE?, https://amplitude.com/docs/get-started/what-is-amplitude.

[80] *Id.* (emphasis added).

[81] AMPLITUDE, GET STARTED | CREATE A NEW ACCOUNT, https://amplitude.com/docs/get-started/create-a-new-account (last accessed Apr. 10, 2025).

[82] Daniel Goldberg & Rick Borden, *Regulators and Litigators are Investigating Data Flows Through SDKs – An Overview and Practical Steps to Reduce Risk*, TECHNOLOGY LAW, FRANKFURT KURNIT KLEIN + SELZ PC (Aug. 23, 2023), https://technologylaw.fkks.com/post/102imku/regulators-and-litigators-are-investigating-data-flows-through-sdks-an-overview.

[83] *Id.*

communicate with each other to exchange data, features and functionality."[84] The "[k]ey [c]omponents of an API" include (i) "the type of request[]" such as "GET (Retrieve data)," "POST (Send data)[,]" "PUT (Update data)," and "DELETE (Remove data)[;]" (ii) the "[e]ndpoint[]" or "URL where the API is hosted," and (iii) "[q]uery parameters[,]" or, "[a]dditional data sent to the API to customize requests."[85]

83.    Through its SDKs and APIs, Amplitude collects: (1) "[e]vents", which are described as a "an action a user has taken"; (2) "[e]vent [p]roperties", which is described as a "details about an event"; (3) "[u]sers", defined as "the specific individual that interacts with your product"; (4) "[u]ser [p]roperties", which is defined as "properties are details about a user"; and (5) "[s]essions", which are defined as "the period of time a user has your app."[86]  This gathered information is used for analytics, advertising, and marketing.

84.    *First*, this gathered information is highly useful for different types of Amplitude analytics, including analyses using various charts. Amplitude explains that "[a]ny … analysis begins with selecting the right chart for the job."[87] For example, Amplitude offers a "User Composition" chart which "shows the breakdown of active users" while its "Personas chart will automatically group similar users into different clusters."[88]

---

[84] Michael Goodwin, *What is an API (application programming interface)?*, IBM (Apr. 9, 2024), https://www.ibm.com/think/topics/api.

[85] NonCoderSuccess, *API vs SDK: Understanding the Difference with Examples*, MEDIUM (Dec. 9, 2024), https://noncodersuccess.medium.com/api-vs-sdk-understanding-the-difference-with-examples-dc5a34fc049c.

[86] AMPLITUDE, WHAT IS AMPLITUDE?, https://amplitude.com/docs/get-started/what-is-amplitude.

[87] AMPLITUDE, *Find the right chart for your analysis*, https://amplitude.com/docs/analytics/charts/find-the-right-chart.

[88] *Id.*

28

85.      Another Amplitude chart helps "[m]onetize" collected data: the "Revenue LTV chart displays the lifetime value of your users, based on the date they became new users."[89] Amplitude also offers "charts included on the User Activity Report template … [which] deliver insights into the frequency and duration of your users' engagement with your product."[90] "There's no setup required" for this feature.[91]

86.      Amplitude clients like Defendant can also "customize … any template by [] converting it into a **dashboard**."[92] A dashboard "is a single, convenient view of several related charts; you'd use a dashboard to share insights with other stakeholders in your Amplitude **project**."[93] An Amplitude project, in turn, is a "useful way to keep related analyses grouped together."[94]

87.      *Second*, this gathered information is used for advertising and marketing.  For example, Amplitude can send what are known as "cohorts" to *additional* third parties including but not limited to Google and Meta.[95] "In Amplitude, a cohort is a group of users who share a trait or set of traits."[96] Amplitude explains that cohorts can be "synchronize[d]" "with third-party

---

[89] *Id.*

[90] AMPLITUDE, UNDERSTAND YOUR USERS' ACTIVITY, https://amplitude.com/docs/get-started/understand-user-activity.

[91] *Id.*

[92] AMPLITUDE, UNDERSTAND THE CONVERSION RATE OF AN IMPORTANT FLOW, https://amplitude.com/docs/get-started/understand-conversion-rate (emphasis in original).

[93] *Id.*

[94] AMPLITUDE, CREATE A PROJECT IN AMPLITUDE, https://amplitude.com/docs/get-started/create-project.

[95] *See* AMPLITUDE, SYNC COHORTS WITH DESTINATIONS, https://amplitude.com/docs/data/sync-cohorts-with-destinations; AMPLITUDE, DESTINATION CATALOG, https://amplitude.com/docs/data/destination-catalog (*e.g.*, "Facebook Ads"; Meta Pixel"; "Google Analytics").

[96] AMPLITUDE, IDENTIFY USERS WITH SIMILAR BEHAVIORS, https://amplitude.com/docs/analytics/behavioral-cohorts.

destinations like ad networks, attribution providers, and marketing automation platforms."[97]

88.    Google Analytics is one such third-party destination.[98] "Amplitude Activation's Google Analytics 4 (Web) streaming integration enables you to forward your Amplitude events and users straight to Google Analytics 4 (Web) with just a few clicks."[99]

89.    Meta is another such third-party destination:[100] "Amplitude Activation's Meta Pixel streaming integration" enables "Amplitude events and users" to be "forward[ed]" "straight to Meta Pixel with just a few clicks."[101]

90.    Defendant discloses information to Amplitude for such marketing, advertising, and analytics purposes.

## V.    DEFENDANT KNOWINGLY DISCLOSES CLASS MEMBERS' PII AND VIDEO-VIEWING INFORMATION TO GOOGLE AND AMPLITUDE

91.    Based on the above, it is clear Defendant *intentionally* and *knowingly* discloses Al Jazeera Website, iOS App, and Android App users' personally identifiable information and video-viewing information to Google and Amplitude.

92.    *First*, as outlined above, Defendant "knew that it was collecting data from users that identified personalized information about them because, in exchange for the data, [Google and Amplitude] provided [Defendant] with analytics allowing [Defendant] to provide advertisements

---

[97] AMPLITUDE, SYNC COHORTS WITH DESTINATIONS, https://amplitude.com/docs/data/sync-cohorts-with-destinations.

[98] *See* AMPLITUDE, GOOGLE ANALYTICS 4 (Web), https://amplitude.com/docs/data/destination-catalog/google-analytics-4-web; *see also* AMPLITUDE, GOOGLE ANALYTICS 4 (iOS/ANDROID), https://amplitude.com/docs/data/destination-catalog/google-analytics-4-ios-android.

[99] *Id.*

[100] *See* AMPLITUDE, DESTINATION CATALOG, https://amplitude.com/docs/data/destination-catalog (Meta Pixel and Facebook Ads appearing in the "Destination catalog").

[101] AMPLITUDE, META PIXEL, https://amplitude.com/docs/data/destination-catalog/meta-pixel.

tailored to specific users." *Saunders v. Hearst Television, Inc.*, 711 F. Supp. 3d 24, 31 (D. Mass. 2024).

93.    Indeed, Defendant admits in its "Cookie Policy"—which is not "a form distinct and separate from any form setting forth other legal or financial obligations of the consumer" pursuant to 18 U.S.C. § 2710(b)(2)(B)(i)—that "*[w]e may use cookies*" for reasons including but not limited to "[a]nalyz[ing] how the Sites are used" and to "[d]istinguish between visitors."[102]

94.    Defendant's cookies include targeting and third-party performance cookies, which Defendant admits "build a profile" of users and allow third party cookies to "understand how [users] interact with" the Website:

> **Performance Cookies – Third party:** These cookies allow us to understand how you interact with our websites. It helps us to make internal business decisions, like how we can best improve our site design, performance, or stability. …
>
> **Targeting Cookies:** These cookies may be set through our site by our advertising partners. *Advertisers use this information to build a profile* and make advertising messages more relevant to you. …[103]

95.    Defendant further concedes that it "may also use web beacons … and other similar technologies in addition to, or in combination with, cookies. A web beacon is typically a transparent graphic image (usually 1 pixel x 1 pixel) placed on a website …. It helps us understand visitors' behavior on the Sites."[104]

96.    *Second*, the code for the Google and Amplitude tracking technologies at issue did not spontaneously appear on the Al Jazeera Website, iOS App, and Android App (which Defendant

---

[102] AL JAZEERA MEDIA NETWORK, COOKIE POLICY, https://privacy.aljazeera.net/cookie/ (emphasis added).

[103] *Id.* (emphasis added).

[104] *Id.*

31

owns and operates). Instead, Defendant intentionally and knowingly integrated the foregoing tags, SDKs/APIs, and/or other technologies (Google Analytics, Google Signals, and Google's tags/libraries associated therewith, and the Amplitude SDK and API) into the HTML documents and/or other libraries defining the contents of the Website, iOS App, and Android App.

97.     As to Google Analytics, Google explains: "To begin seeing data in your new Google Analytics 4 property, you'll need to do one of the following: Add the tag to a website builder or CMS-hosted website … Add the Google tag directly to your web pages … [or a]dd your tag using Google Tag Manager."[105] As to Google Signals, Google explains: "[To a]ctivate Google signals[, 1. I]n Admin, under Data collection and modification, click Data Collection. … 2. Turn on the switch for Enable Google signals data collection."[106]

98.     As to the Amplitude SDK and API for Android, Amplitude explains that one must "start by registering for an for an account" in order to be "assigned an API key," and that one "need[s] to also initialize the SDK."[107] Similarly, as to the Amplitude SDK and API for iOS, Amplitude explains that one "must initialize the SDK before you can instrument" and that an "API key for your Amplitude project is required."[108]

99.     Therefore, Defendant knowingly and intentionally provides personal information and video-viewing information to Google and Amplitude for marketing, advertising, and analytics services.

---

[105]    GOOGLE, [GA4] SET UP ANALYTICS FOR A WEBSITE AND/OR APP, https://support.google.com/analytics/answer/9304153.

[106]    GOOGLE, [GA4] ACTIVATE GOOGLE SIGNALS FOR GOOGLE ANALYTICS PROPERTIES, https://support.google.com/analytics/answer/9445345.

[107]    AMPLITUDE, A QUICK START GUIDE TO INTEGRATING THE AMPLITUDE ANDROID SDK, https://amplitude.com/blog/quick-start-guide-amplitude-android-sdk.

[108]    AMPLITUDE, IOS SWIFT SDK, https://amplitude.com/docs/sdks/analytics/ios/ios-swift-sdk?h=ios.

## VI.    PLAINTIFF CIRIC'S EXPERIENCE

100.    Plaintiff Oliver Ciric is a resident and citizen of Newton, Massachusetts. In or around December 2023, Plaintiff created an Al Jazeera account. Around that time, Plaintiff began using the Al Jazeera Website while signed into his Al Jazeera account to watch various pre-recorded videos. Plaintiff most recently watched a pre-recorded video on the Website, using his Al Jazeera account, in or around February 2026.

101.    Plaintiff was logged into his Google account when he accessed the Al Jazeera Website and his Al Jazeera account. Plaintiff created his Google account prior to creating his Al Jazeera account. Plaintiff had personalized adds turned on by default.

102.    At all relevant times, Plaintiff never consented to, agreed to, or otherwise permitted Defendant to disclose his PII and video-viewing information to third parties, including but not limited to Google.

103.    Likewise, Defendant never gave Plaintiff the opportunity to prevent the disclosure of his PII and video-viewing information to third parties, including but not limited to Google.

104.    Nevertheless, Defendant disclosed Plaintiff's PII and video-viewing information to Google through, *inter alia*, Google Analytics, Google Signals, and Google's tags/libraries associated therewith. Specifically, Defendant disclosed to Google: (i) Google Signals, which "associates [data] with user[s'] … Google accounts," for "users who have signed in …  and who have turned on Ads Personalization"[109]; (ii) Google cookies, which allow Google to "'remember'

---

[109] GOOGLE, [GA4] ACTIVATE GOOGLE SIGNALS FOR GOOGLE ANALYTICS PROPERTIES, https://support.google.com/analytics/answer/9445345; *see also* GOOGLE, [GA4] PREDEFINED USER DIMENSIONS, https://support.google.com/analytics/answer/9268042 ("Google signals is data from users who sign in to Google. When Google signals data is available, Analytics associates event data it collects from users with the Google accounts of users who are signed in.").

what a user has done on previous pages [and their] interactions with the [W]ebsite"[110]; and (iii) video-viewing information (including titles and URLs of pre-recorded videos watched).

105.    Using this information, Google was able to identify Plaintiff and attribute his video viewing records to an individualized profile of Plaintiff. Indeed, even an ordinary person could identify Plaintiff using the data Defendant disclosed to Google. Google compiled Plaintiff's PII and activity on the Al Jazeera Website (including video-viewing information), which Defendant used and continues to use for marketing, advertising, and analytics purposes.

## THE PARTIES

106.    Plaintiff Oliver Ciric is a resident of Newton, Massachusetts and has an intent to remain there, and is therefore a citizen of Massachusetts.

107.    Defendant Al Jazeera Media Network is a news media organization with its principal place of business in Doha, Qatar. Defendant Al Jazeera Media Network operates the Al Jazeera Website, iOS App, and Android App, which are used throughout Massachusetts and the United States.

## JURISDICTION AND VENUE

108.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 because it arises under a law of the United States (the VPPA).

109.    This Court has personal jurisdiction over Defendant pursuant to Federal Rule of Civil Procedure 4(k)(2): "For a claim that arises under federal law, serving a summons or filing a waiver of service establishes personal jurisdiction over a defendant if: … the defendant is not subject to jurisdiction in any state's courts of general jurisdiction; and … exercising jurisdiction is

---

[110] GOOGLE, GOOGLE ANALYTICS COOKIE USAGE ON WEBSITES, https://web.archive.org/web/20240303080533/https://developers.google.com/analytics/devguides/collection/analyticsjs/cookie-usage.

consistent with the United States Constitution and laws."

110.    This Court also has personal jurisdiction over Defendant because Defendant collected and disseminated the personally identifiable information and video-viewing information giving rise to this lawsuit in this District. Defendant collects sensitive information from Massachusetts consumers, including their video consumption habits and geolocation data, so that it can deliver targeted advertisements in Massachusetts to these Massachusetts consumers.

111.    Defendant conducts substantial business in this District, and the conduct giving rise to this action arises out of and relates to that business.

112.    Moreover, the Court has specific personal jurisdiction over Defendant because Defendant obtained valuable personal data about Massachusetts consumers for its own commercial gain. *See, e.g., Briskin v. Shopify, Inc.*, 135 F.4th 739, 756 (9th Cir. 2025) (en banc). Defendant knows where users are located based on users' IP addresses[111] and knowingly discloses user information, including geolocation data, to third parties. In turn, third party Amplitude uses IP addresses to reverse lookup users' locations, including their city, country, region, and designated market area, for marketing purposes. *See supra* ¶¶ 45, 53; *see also supra* ¶ 66 (Google also tracking geolocation/partial IP address data for analytics purposes). Through those business activities, Defendant tortiously violated Plaintiff's privacy through its collection, maintenance, and/or sale of valuable personal data from Massachusetts consumers.

113.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the claim occurred in this District.

---

[111] *See, e.g.*, Diana Bocco, *IP Geolocation – How It Works*, GEOTARGETLY, https://geotargetly.com/blog/how-ip-geolocation-works ("At its core, IP geolocation involves the identification of an individual's or a device's geographical location based on their IP address. ... IP geolocation has significant implications for businesses ... Geolocation enables businesses to offer personalized user experiences.").

114.    Venue is also proper in this District pursuant to 28 U.S.C. § 1391(c)(3) because Defendant Al Jazeera Media Network, as a foreign corporation, may be sued in any judicial district.

## CLASS ALLEGATIONS

115.    **Class Definition:**   Plaintiff seeks to represent a class of similarly situated individuals defined as all persons in the United States who created an Al Jazeera account, used the Website, iOS App, or Android App, and subsequently had their PII disclosed to third parties (the "Class").

116.    Subject to additional information obtained through further investigation and discovery, the above-described Class may be modified or narrowed as appropriate, including through the use of multi-state subclasses.

117.    **Numerosity (Fed. R. Civ. P. 23(a)(1)):**   At this time, Plaintiff does not know the exact number of members of the aforementioned Class.   However, given the popularity of Al Jazeera, the number of persons within the Class is believed to be so numerous that joinder of all members is impractical.

118.    **Commonality and Predominance (Fed. R. Civ. P. 23(a)(2), 23(b)(3)):**   There is a well-defined community of interest in the questions of law and fact involved in this case. Questions of law and fact common to the members of the Class that predominate over questions that may affect individual members of the Class include:

(a)    whether Defendant collected Plaintiff's and Class Members' PII;

(b)    whether Defendant unlawfully disclosed and continues to disclose Website, iOS App, and Android App users' PII, including their video-viewing records, in violation of the VPPA;

(c)    whether Defendant's disclosures were committed knowingly; and

(d)    whether Defendant disclosed Plaintiff's and Class Members'

36

PII without consent.

119.   **Typicality (Fed. R. Civ. P. 23(a)(3)):**  Plaintiff's claims are typical of those of the Class because Plaintiff, like all members of the Class, used an Al Jazeera account to watch pre-recorded videos on the Website and consequently had his PII and video-viewing information transmitted to at least one third party without his consent.

120.   **Adequacy (Fed. R. Civ. P. 23(a)(4)):** Plaintiff has retained and is represented by qualified and competent counsel who are highly experienced in complex consumer class action litigation, including litigation concerning the VPPA and its state-inspired offspring. Plaintiff and his counsel are committed to vigorously prosecuting this class action. Moreover, Plaintiff is able to fairly and adequately represent and protect the interests of the Class. Neither Plaintiff nor his counsel have any interest adverse to, or in conflict with, the interests of the absent members of the Class. Plaintiff has raised viable statutory claims, of the type reasonably expected to be raised by members of the Class, and Plaintiff will vigorously pursue those claims. If necessary, Plaintiff may seek leave of this Court to amend this complaint to include additional representatives to represent the Class, additional claims as may be appropriate, or to amend the definition of the Class to address any steps that Defendant took.

121.   **Superiority (Fed. R. Civ. P. 23(b)(3)):** A class action is superior to other available methods for the fair and efficient adjudication of this controversy because individual litigation of the claims of all members of the Class is impracticable. Even if every member of the Class could afford to pursue individual litigation, the court system could not. It would be unduly burdensome to the courts in which individual litigation of numerous cases would proceed.  Individualized litigation would also present the potential for varying, inconsistent or contradictory judgments, and would magnify the delay and expense to all parties and to the court system resulting from multiple trials of the same factual issues. By contrast, the maintenance of this action as a class

37

action, with respect to some or all of the issues presented herein, presents few management difficulties, conserves the resources of the parties and of the court system and protects the rights of each member of the Class. Plaintiff anticipates no difficulty in the management of this action as a class action.

## CAUSES OF ACTION

### COUNT I
### Violation of the VPPA, 18 U.S.C. § 2710

122.    Plaintiff incorporates by reference the preceding paragraphs as if fully set forth herein.  Plaintiff brings this claim against Defendant individually and on behalf of the Class.

123.    Defendant is a "video tape service provider" as defined by the VPPA because it "engages in the business, in or affecting interstate or foreign commerce, of rental, sale, or delivery of prerecorded video cassette tapes or similar audio visual materials," 18 U.S.C. § 2710(a)(4), inasmuch as Defendant provides video (*i.e.*, "similar audio visual materials" under the VPPA's definition) to consumers via the Website.

124.    Plaintiff and members of the Class are "consumers" as defined by the VPPA because they created Al Jazeera accounts with their personal information such as email address, and obtained video-related benefits that are not available to non-account users, and subsequently watched videos through those accounts on the Al Jazeera Website, iOS App, and/or Android App. 18 U.S.C. § 2710(a)(1). Under the VPPA, this means that they were "subscriber[s]" of "goods or services from a video tape service provider." 18 U.S.C. § 2710(a)(1).

125.    Plaintiff and members of the Class viewed pre-recorded videos using the Al Jazeera Website, iOS App, and/or Android App. During these occasions, Defendant disclosed Plaintiff's and Class Members' PII to third parties. Specifically, on the Website, Defendant disclosed to Google: (i) Google Signals, which "associates [data] with user[s'] … Google accounts," for "users

38

who have signed in … and who have turned on Ads Personalization"[112]; (ii) Google cookies, which allow Google to "'remember' what a user has done on previous pages [and their] interactions with the [W]ebsite"[113]; and (iii) video-viewing information (including titles and URLs of videos watched). Defendant disclosed to Amplitude on the iOS App and Android App: (i) email addresses, (ii) Device IDs, (iii) User IDs, and (iv) IP addresses; and (v) video-viewing information (including titles of videos watched).

126.    The information disclosed by Defendant constitutes "personally identifiable information" because it makes it "reasonably and foreseeably likely to reveal which [Al Jazeera] videos [Plaintiff and members of the Classes] [] obtained." *Yershov v. Gannett Satellite Info. Network, Inc.*, 820 F.3d 482, 486 (1st Cir. 2016); *see also* 18 U.S.C. § 2710(a)(3). Indeed, the information disclosed by Defendant to Google and Amplitude enables even an ordinary person to identify which specific videos were watched by Plaintiff and/or specific members of the Class.

127.    Defendant's transmissions of Plaintiff's and Class Members' PII to Google and Amplitude, via the Amplitude SDK and API, Google Analytics, Google Signals, and Google's tags/libraries associated therewith, constitute "knowing[] disclosures" of Plaintiff's and members of the Classes' "personally identifiable information" to a person as proscribed by the VPPA. 18 U.S.C. § 2710(a)(1). Defendant "knew that [Al Jazeera] was collecting data from users that identified personalized information about them because, in exchange for the data, [Google and

---

[112] GOOGLE, [GA4] ACTIVATE GOOGLE SIGNALS FOR GOOGLE ANALYTICS PROPERTIES, https://support.google.com/analytics/answer/9445345; *see also* GOOGLE, [GA4] PREDEFINED USER DIMENSIONS, https://support.google.com/analytics/answer/9268042 ("Google signals is data from users who sign in to Google. When Google signals data is available, Analytics associates event data it collects from users with the Google accounts of users who are signed in.").

[113] GOOGLE, GOOGLE ANALYTICS COOKIE USAGE ON WEBSITES, https://web.archive.org/web/20240303080533/https://developers.google.com/analytics/devguides/collection/analyticsjs/cookie-usage.

Amplitude] provided [Defendant] with analytics allowing [Defendant] to provide advertisements tailored to specific users." *Saunders,* 711 F. Supp. 3d at 31.

128. Plaintiff and the Class Members did not provide Defendant with any form of consent—either written or otherwise—to disclose their PII to third parties, including Google and Amplitude.

129. Nor were Defendant's disclosures of Plaintiff's and Class Members' PII made in the "ordinary course of business" as the term is defined by the VPPA. Defendant's disclosures to Google and/or Amplitude were not necessary for "debt collection activities, order fulfillment, request processing, [or] transfer of ownership." 18 U.S.C. § 2710(a)(2).

130. On behalf of himself and the Class, Plaintiff seeks: (i) declaratory relief; (ii) injunctive and equitable relief as is necessary to protect the interests of Plaintiff and the Class by requiring Defendant to comply with VPPA's requirements for protecting a consumer's PII; (iii) statutory damages of $2,500 for each violation of the VPPA pursuant to 18 U.S.C. § 2710(c); and (iv) reasonable attorneys' fees and costs and other litigation expenses.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, individually and on behalf of all others similarly situated, seeks judgment against Defendant, as follows:

(a) For an order certifying the Class under Rule 23 of the Federal Rules of Civil Procedure, naming Plaintiff as representative of the Class, and naming Plaintiff's attorneys as Class Counsel to represent the Class;

(b) For an order declaring that Defendant's conduct violates the statute referenced herein;

(c) For an order finding in favor of Plaintiff and the Class on all counts asserted herein;

(d) For an award of statutory damages to the extent available;

40

(e)    For punitive damages, as warranted, in an amount to be determined at trial;

(f)    For prejudgment interest on all amounts awarded;

(g)    For injunctive relief as pleaded or as the Court may deem proper; and

(h)    For an order awarding Plaintiff and the Class their reasonable attorneys' fees, expenses, and costs of suit.

## JURY TRIAL DEMAND

Pursuant to Fed. R. Civ. P. 38(b)(1), Plaintiff demands a trial by jury of all issues so triable.

Dated:  April 15, 2026                  Respectfully submitted,

**BURSOR & FISHER, P.A**.

By: */s/ Yitzchak Kopel*
        Yitzchak Kopel

Yitzchak Kopel (BBO # 716245)
Max S. Roberts (BBO #718031)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: ykopel@bursor.com
        mroberts@bursor.com

*Attorneys for Plaintiff*