| | |
|---|---|
| OLIVER CIRIC, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>AL JAZEERA MEDIA NETWORK,<br><br>        Defendant. | Civil Action No. 1:26-cv-11751 |

## DEFENDANT AL JAZEERA MEDIA NETWORK'S ASSENTED-TO MOTION FOR *PRO HAC VICE* ADMISSION OF ATTORNEY KEVIN WALSH

Pursuant to Local Rule 83.5.3 of United States District Court for the District of Massachusetts, I, Michael R. Walsh, hereby move to admit KEVIN WALSH of the law firm of DLA Piper LLP (US), 1251 6th Ave, New York, NY 10020, T: (646) 954-7078, Email: kevin.walsh@us.dlapiper.com, to be permitted to appear *pro hac vice* in the above matter on behalf of Al Jazeera Media Network ("AJMN"). In support of this motion, the undersigned states as follows:

1. I, Michael R. Walsh, am an associate with the law firm of DLA Piper LLP (US), 33 Arch Street, 26th Floor, Boston, Massachusetts, 02110, and I am a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.

2. Kevin Walsh is a partner with the law firm of DLA Piper LLP (US) in New York, NY. Mr. Walsh has acquired specialized knowledge and expertise regarding the issues in this matter, which will benefit AJMN in the defense of this action.

3. Mr. Walsh is a member in good standing of the bar of the State of New York and in every court in which he is admitted.

4. Mr. Walsh does not have any disciplinary proceedings pending against him as a member of the bar in any jurisdiction.

5. Mr. Walsh has never had a *pro hac* admission to this Court, or any other court, or other admission for a limited purpose under Local Rule 83.5.3, revoked for misconduct.

6. Mr. Walsh has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

7. Pursuant to Local Rule 83.5.3(e)(3), the Certification of Kevin Walsh is attached hereto as Exhibit A.

8. The undersigned conferred with all counsel of record regarding this motion, and all provided their assent to its filing.

WHEREFORE, the undersigned respectfully requests that this Court admit Kevin Walsh to this Court on a *pro hac vice* basis pursuant to Local Rule 85.5.3.

Dated: June 10, 2026

**DLA PIPER LLP (US)**

*/s/ Michael R. Walsh*
Michael R. Walsh (BBO No. 683716)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
T: 617.406.6095 | F: 617.406.6205
michael.walsh@us.dlapiper.com

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I, Michael R. Walsh, counsel for Defendant Al Jazeera Media Network in the above-captioned matter, hereby certify that pursuant to Rule 7.1(a)(2) of the Local Rules of the United States District Court of Massachusetts, I conferred with all counsel of record regarding this motion. All counsel assented to its filing via email on or before June 10, 2026.

*/s/ Michael R. Walsh*
Michael R. Walsh


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent by first-class mail to those indicated as non-registered participants on June 10, 2026.

*/s/ Michael R. Walsh*
Michael R. Walsh

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

OLIVER CIRIC, individually and on behalf
of all others similarly situated,

        Plaintiff,

   v.

AL JAZEERA MEDIA NETWORK,

        Defendant.

Civil Action No. 1:26-cv-11751

## CERTIFICATION OF KEVIN WALSH IN SUPPORT OF
## DEFENDANT AL JAZEERA MEDIA NETWORK'S
## ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Kevin Walsh, hereby certify that:

1. I am a member of the bar of the State of New York. I am also a member of the bars of the United States District Court for the Southern and Eastern Districts of New York and the United States Court of Appeals for the Second Circuit and the Third Circuit. I am in good standing in every jurisdiction where I have been admitted to practice.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

3. I have never had a *pro hac vice* admission to this Court, or any other court, or any other admission for limited purposes under this rule, revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts; and

5.      My application for leave to practice in this Court is by an assented-to Motion of a member of the bar of this Court, Michael R. Walsh, who has filed an appearance.

Sworn by me, Kevin Walsh, under the pains and penalties of perjury, this 10th day of June, 2026.

*/s/ Kevin Walsh*              
Kevin Walsh, Esq.