**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

OLIVER CIRIC, individually and on behalf of all others similarly situated,

Plaintiff,

v.

AL JAZEERA MEDIA NETWORK,

Defendant.

Civil Action No. 1:26-cv-11751-WGY

**DEFENDANT'S MOTION TO DISMISS**

Defendant Al Jazeera Media Network ("Al Jazeera"), by and through its undersigned counsel, hereby moves under Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff Oliver Ciric's Class Action Complaint. For the reasons stated in the accompanying Memorandum of Law, the Complaint fails to state a claim against Al Jazeera.

Dated: September 8, 2026

**DLA PIPER LLP (US)**

*/s/ Michael R. Walsh*
Eric Christofferson (BBO No. 654087)
Michael Walsh (BBO No. 683716)
33 Arch Street, 26th Floor
Boston, MA 02110
eric.christofferson@us.dlapiper.com
michael.walsh@us.dlapiper.com
Tel: (617) 406-6000
Fax: (617) 406-6100

Kevin Walsh (*admitted pro hac vice*)
Alice Gyamfi (*admitted pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
kevin.walsh@us.dlapiper.com
alice.gyamfi@us.dlapiper.com
Tel: (212) 335-4571
Fax: (212) 335-4501

*Attorneys for Defendant Al Jazeera Media Network*

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

I, Michael R. Walsh, counsel for Defendant Al Jazeera Media Network in the above-captioned matter, hereby certify that pursuant to Rule 7.1(a)(2) of the Local Rules of the United States District Court of Massachusetts, I conferred with counsel for Plaintiff Oliver Ciric by videoconference on September 1, 2026, and attempted in good faith to resolve or narrow the issues presented. Plaintiff does not assent to the relief requested in this Motion.

*/s/ Michael R. Walsh*
Michael R. Walsh

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on September 8, 2026.

*/s/ Michael R. Walsh*
Michael R. Walsh